# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MW60 | E 1668279 | WASSINK | 348 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 8/25/2024 1530

Offense Charged ☐ CFR ☒ USC ☒ State Code: 18 USC 13 / MCL 750.335a(2)(a)

Place of Offense: SLBE / BASS LAKE

Offense Description: Factual Basis for Charge — HAZMAT ☐

Indecent Exposure

**DEFENDANT INFORMATION** Phone: ( [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| KOUCHNERKAVICH | KATIE | L |

[redacted]

| Tag No. | State | Year | Make/Model PASS ☐ | Color |
|---|---|---|---|---|
| | | | | |

**APPEARANCE IS REQUIRED**

A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 300 Forfeiture Amount

+ $30 Processing Fee

**PAY THIS AMOUNT AT www.cvb.uscourts.gov** → $ 330 **Total Collateral Due**

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: NOT REQUIRED

Original - CVB Copy

*E1668279*

CVB SCAN 09/09/2024 13:35

**STATEMENT OF PROBABLE CAUSE**

(For issuance of an arrest warrant or summons)

I state that on 8/25, 2024 while exercising my duties as a law enforcement officer in the Western District of Michigan

See attached LC

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation

information supplied to me from my fellow officer's observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/25/2024 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/09/2024 13:35

CVB SCAN 09/09/2024 13:35

UNITED STATES DISTRICT COURT
VIOLATION NOTICE

**Location Code MW60**
**Citation Number – E1668279**
**NPS Case Number – NP24262244**
**Ranger Last Name - WASSINK**

**STATEMENT OF PROBABLE CAUSE**
(for issuance of an arrest warrant or summons)

I state that on 8/25/2024 while exercising my duties as a law enforcement officer in the Western District of Michigan -

While on duty inside the exterior boundaries of Sleeping Bear Dunes National Lakeshore I received a phone call from a local resident who lives on Bass Lake who stated that there was a couple on the end of the public fishing dock having very obvious and loud sex which included vaginal intercourse and oral sex. The resident stated that the couple didn't seem to care that anyone was around and that there were lots of people in the area and around the lake, including themselves who were sitting on their respective dock approximately 100 feet away. The reporting party provided a video that they took as additional evidence, which supported their complaint.

I proceeded to the Bass Lake public fishing dock, noticing that the parking lot for the hiking trails and fishing access had several vehicles and was quite busy.

I walked to the end of the dock and approached the only 2 people present at the time, I identified the male half of this incident by his Michigan drivers license as (JOHNS, JUSTIN W) and the female half as (KOUCHNERKAVICH, KATIE L). They initially lied about their activities but reapproached me and stated that they were indeed fooling around on the dock in a public area. They stated that they don't get much privacy at home. I suggested that they perhaps find a more private place than a busy National Park public fishing dock frequented by children fishing and swimming, as they had generated several complaints and a 911 call. **I issued KOUCHNERKAVICH citation (E1668279) for 18 USC 13, Assimilating Michigan State Law MCL 750.335a(2)(a) – Indecent Exposure.**

The foregoing statement is based upon:
☒ My personal observation ☒ My personal investigation
☐ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/25/2024 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________
Date (mm/dd/yyyy) U.S. Magistrate Judge