UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

KATIE KOUCHNERKAVICH,

Defendant.
______________________________/

Case No. 1:26-MJ-510

ARREST WARRANT
**PENALTY SHEET**

**18 USC 13, Assimilating Michigan State Law: Indecent Exposure (MCL 750.355(a)(2)(1))**

**Maximum Penalty:** Not more than 1 years' imprisonment and a fine of up to $1,000 [18 U.S.C. § 3571]

**Special Assessment**: $100 [18 U.S.C. § 3013]

Date: November 17, 2026

/s/ *Constance Turnbull*
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046